The People of the State of New York, Respondent,
against
Sriram Humbert, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Neil E. Ross, J. at plea; Kevin B. McGrath, J. at sentencing), rendered October 17, 2012, convicting him, upon a plea of guilty, of aggravated unlicensed driving in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Neil E. Ross, J. at plea; Kevin B. McGrath, J. at sentencing), rendered October 17, 2012, affirmed.
Defendant did not preserve his challenges to his guilty plea (see People v Conceicao, 26 NY3d 375, 382 [2015]), and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal. The only relief defendant requests is a dismissal of the accusatory instrument, and he expressly requests that this Court affirm his conviction if it does not grant dismissal. Since it cannot be said that no penological purpose would be served by reinstating the proceedings (see Conceicao at 385 n 1; People v Teron, 139 AD3d 450 [2016]), dismissal is not warranted and therefore we affirm (see People v Diaz, 112 AD3d 423 [2013], lv denied 23 NY3d 1036 [2014]; People v Schweitzer 83 AD3d 503 [2011], lv denied 17 NY3d 800 [2011]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 19, 2018